# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| DIANE PERKINS AND ANTHONY PERKINS, | Civil No. 09-0379 (JRT/JSM) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL** |
| HALL & ASSOCIATES, PLLC, | |
| Defendant. | |

_____

Mark Vavreck, **MARTINEAU, GONKO & VAVRECK, PLLC**, 401 North Third Street, Suite 600, Minneapolis, MN 55401, for plaintiff.

Michael Klutho, **BASSFORD REMELE, PA,** 333 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 8], filed by Plaintiffs on July 1, 2009, and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims asserted by Plaintiffs in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

DATED: July 6, 2009
at Minneapolis, Minnesota.

                                                                                   s/John R. Tunheim
                                                                                  JOHN R. TUNHEIM
                                                        United States District Judge